48

154 A.3d 682

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ATOM MUHAMMED (A/K/A LEE JONES, JR.),
DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005580-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 682

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. GIUSEPPE PAPARATTO, DEFENDANT-
PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005477-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.